IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SOUTHERN FELT COMPANY, INC.,   *
                               *
     Plaintiff,                *
                               *
     v.                        *   CV 119-200
                               *
MICHAEL KONESKY,               *
                               *
     Defendant.                *
                               *

O R D E R

Presently before the Court is the Parties' notice of settlement. (Doc. 77.) The Parties represent they have reached an agreement in principle to resolve all claims in the above-captioned matter. (<u>Id.</u>) The Parties request all pending deadlines in the case be vacated, and they anticipate filing a notice of dismissal with prejudice within thirty (30) days. Accordingly, the Court **GRANTS** the Parties' request and **STAYS** this case until <u>**THURSDAY, FEBRUARY 17, 2022**</u>. The Parties **SHALL** file a status report detailing their progress by that date in the event the agreement is not finalized.

**ORDER ENTERED** at Augusta, Georgia, this 18th day of January, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA