IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SOUTHERN FELT COMPANY, INC.,     *
                                 *
        Plaintiff,               *
                                 *
        v.                       *          CV 119-200
                                 *
MICHAEL KONESKY,                 *
                                 *
        Defendant.               *

                        O R D E R

    Before the Court is the Parties' stipulation of dismissal
with prejudice.  (Doc. 79.)  All Parties signed the stipulation;
thus, the Court finds dismissal proper under Federal Rule of Civil
Procedure 41(a)(1)(A)(ii).

    **IT IS THEREFORE ORDERED** that this matter is **DISMISSED WITH
PREJUDICE**.  The Clerk is directed to **TERMINATE** all motions and
deadlines and **CLOSE** this case.  Each party shall bear its own costs
and fees.

    **ORDER ENTERED** at Augusta, Georgia, this ⟨2nd⟩ day of February,
2022.

                        _____
                        J. RANDAL HALL, CHIEF JUDGE
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF GEORGIA